IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30637
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELIJAH MARTIN, III, also
known as Teddy Martin

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CR-20075-12
- - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court appointed counsel for Elijah Martin, III, has filed a

brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967),

in this appeal of a sentence imposed for violation of conditions

of supervised release.  Our independent review of the brief and

record discloses no nonfrivolous issue.  Accordingly, counsel is

excused from further responsibilities herein and the APPEAL IS

DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.